

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | James B. Moran | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 03 C 9030 | **DATE** | 4/29/2004 |
| **CASE TITLE** | REX EUGENE BLACK, et al vs. IN REM "NOTICE OF LIEN" | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

MEMORANDUM OPINION AND ORDER

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]
(2) ☐ Brief in support of motion due _____.
(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.
(4) ☐ Ruling/Hearing on _____ set for _____ at _____.
(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(7) ☐ Trial[set for/re-set for] on _____ at _____.
(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.
(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to]
☐ FRCP4(m) ☐ Local Rule 41.1 ☐ FRCP41(a)(1) ☐ FRCP41(a)(2).
(10) ■ [Other docket entry] Enter Memorandum Opinion And Order. Plaintiff has failed to perfect service, he has failed to disclose the case to Judge Gettleman and he failed to appear at the status set for today. The suit is dismissed for failure to comply with court orders and for want of prosecution.

(11) ■ [For further detail see order attached to the original minute order.]

| | No notices required, advised in open court. | | | |
|---|---|---|---|---|
| | No notices required. | | number of notices | Document Number |
| | Notices mailed by judge's staff. | | | |
| | Notified counsel by telephone. | | APR 3 0 2004 date docketed | |
| ✓ | Docketing to mail notices. | | | |
| | Mail AO 450 form. | U.S. DISTRICT COURT | docketing deputy initials | 6 |
| | Copy to judge/magistrate judge. | | | |
| | LG courtroom deputy's initials | 2004 APR 29 | date mailed notice | |
| | | Date/time received in central Clerk's Office | mailing deputy initials | |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| REX EUGENE BLACK, CAROL LYNN BLACK, and EAGLE ACRES FAMILY TRUST,<br><br>Plaintiffs,<br><br>vs.<br><br>IN REM "NOTICE OF LIEN" FILED BY ANNETTE M. JONES and JANOISE PERSON; INTERNAL REVENUE SERVICE; and MARY ANN STUKEL, WILL COUNTY RECORDER OF DEEDS,<br><br>Defendants. | No. 03 C 9030<br><br>DOCKETED<br>APR 3 0 2004 |

## MEMORANDUM OPINION AND ORDER

Rex Eugene Black is the sole remaining plaintiff in this case. He has sued two agents of the United States Internal Revenue Service, seeking to remove tax liens on some property and quiet title. The IRS and the Will County Recorder of Deeds are also named as defendants. Plaintiffs filed the case in state court and the United States removed.

At a status conference on March 3, 2004, the government established that it had not been properly served. It was also brought to the attention of the court that the case in all probability violated the substance of a permanent injunction entered by Judge Gettleman on July 25, 2003, and without question violated a provision of that injunction requiring disclosure to the court of all documents plaintiff caused to be filed against the United States, or any of its officials or employees. We directed plaintiff to disclose this case to Judge Gettleman.

Plaintiff has failed to perfect service, he has failed to disclose the case to Judge Gettleman and he failed to appear at the status set for today. The suit is dismissed for failure



to comply with court orders and for want of prosecution.

_____
JAMES B. MORAN
Senior Judge, U. S. District Court

_April 29_, 2004.